UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON LANDON BURDINE,

        Plaintiff,

v.

DR. NALLEY KANDKHOVOVA, et. al.,

        Defendants.

No. C 15-0233 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 1 at 4.) Plaintiff's amended complaint (docket no. 5) challenges the conditions of his confinement and describes events that occurred at Corcoran State Prison, which is located in Kings County. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: May 20, 2015.

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Burdine233trn.wpd